IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| Jesus Alejandro Rodriguez | § | THIRTEENTH COURT OF APPEALS |
|---|---|---|
| | § | |
| v. | § | APPEAL NO. 13-13-00572-CR |
| | § | |
| The State of Texas | § | TR.CT.NO. 2012- |

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

## MOTION FOR EXTENSION OF TIME

## IN FILING PETITION FOR DISCRETIONARY REVIEW

Abel Acosta, Clerk

Pursuant to Tex.R.App.Proc. 10.5(b)(1),(3), Jesus Alejandro Rodriguez, Appellant, files this Motion for Extension of Time..., and in support of this Motion he shows:

A.  The deadline for filing the Petition for Discretionary Review will be on November 21, 2015, as the Thirteenth Court of Appeals AFFIRMED the trial court's judgment in Appeal No. 13-13-00572-CR, styled 'Jesus Alejandro Rodriguez v. The State of Texas, on October 22, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

B.  The Appellant respectfully requests an extension of sixty (60) days, along with the original thirty (30) days, which would extend the deadline to January 20, 2015, ninety (90) days total to complete the petition and have it properly filed.

C.  Applicant is proceeding Pro Se, and is not a licensed Bar member. He is limited to a max 13 hours a week (2 hours and 45 minutes on Monday-Thursday, and 2 hours on Friday) in the unit's law library. More often than not, count will clear late and/or the unit will be short of staff, which means less time Appellant would have in the unit's law library, which means less time Appellant would have to research and perfect his appeal/petition.

D. No previous extension has been granted or requested regarding the matter in question from this Court.

## PRAYER FOR RELIEF

Wherefore premise having been considered, Appellant respectfully requests and prays that this Court grant his Motion for Extension of Time in Filing Petition for Discretionary Review and any other relief to which he is entitled to.

Executed on November 4, 2015.

Respectfully Submitted,

/s/ Jesus Alejandro Rodriguez

Jesus Alejandro Rodriguez
TDCJ-ID #1884429
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

Pursuant to Tex.R.App.Proc. 2, Appellant respectfully requests this Court to suspend Rules 6.3, 9.3, and 9.5 as Appellant is an incarcerated pro se movant and this unit does not provide or allow the inmates to make copies of any documents for any reason. So since he is restricted from making copies of documents on this unit, he respectfully requests to suspend the above-mentioned rules to foward copies to the other party and the Court.

/s/ Jesus Alejandro Rodriguez

Jesus Alejandro Rodriguez

## DECLARATION

I hereby declare under penalty of perjury that the foregoing Motion to be true and correct.

/s/ Jesus Alejandro Rodriguez

Jesus Alejandro Rodriguez